# Order

Michigan Supreme Court
Lansing, Michigan

February 8, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

127422(78)
127423
127424

FORD MOTOR COMPANY,
      Petitioner-Appellant,

v

CITY OF WOODHAVEN, and
COUNTY OF WAYNE,
      Respondents-Appellees.

SC: 127422
COA: 246378
MTT: 00-294958

_____

FORD MOTOR COMPANY,
      Petitioner-Appellant,

v

CITY OF STERLING HEIGHTS,
      Respondent-Appellee.

SC: 127423
COA: 246379
MTT: 00-294924

_____

FORD MOTOR COMPANY,
      Petitioner-Appellant,

v

TOWNSHIP OF BRUCE,
      Respondent-Appellee.

SC: 127424
COA: 246579
MTT: 00-288822

_____

On order of the Chief Justice, the motion by respondent-appellee, City of Woodhaven, for extension of the time for filing their brief on appeal is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 8, 2006

_____
Clerk